# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ANNE E. THOMPSON**<br>**JUDGE** | **U.S. COURTHOUSE**<br>**402 E. STATE STREET**<br>**ROOM 4000**<br>**TRENTON, NJ 08608**<br>**(609) 989-2123** |

## **LETTER ORDER**

To: All Parties and Counsel
Re: *United States v. Wilfredo Berrios* (Cr. No. 07-454-1)

January 20, 2022

Dear Parties and Counsel,

    On December 8, 2021, Mr. Berrios's counsel filed a supplement to Mr. Berrios's *pro se* Motion for Compassionate Release. (ECF No. 221.) Should the Government wish to respond, please do so by February 4, 2022.

                                      Very truly yours,

                                        */s/ Anne E. Thompson*
                                        ANNE E. THOMPSON, U.S.D.J.